# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AMY SCHULKERS,<br>    Plaintiff, | Case No. 1:21-cv-429<br>Litkovitz, MJ |
| vs. | |
| ALMADAR HOLDINGS, LLC, et al.,<br>    Defendants. | **ORDER** |

This matter is before the Court upon the parties' Joint Motion for Court Approval and Adoption of Settlement Agreement (Doc. 21). The instant case involves claims arising under the Fair Labor Standards Act (FLSA), 29 U.S.C. §201, et seq., and Ohio law.

A fairness hearing on the motion was held on December 14, 2021. The Joint Motion asks the Court to approve as fair and reasonable the proposed settlement of this case as memorialized in the parties' Settlement Agreement (the "Settlement Agreement") (Doc. 24).

The Court finds that the proposed settlement is fair, reasonable, and eliminates the cost and uncertainty of further litigation of plaintiff's claims, including plaintiff's unpaid wage claim. The settlement satisfies the standard for approval of settlements under §16(b) of the FLSA, 29 U.S.C. §216(b), and resolves the potential for a bona fide dispute under the FLSA and/or applicable Ohio law.

Accordingly, having reviewed the Settlement Agreement and the pleadings and papers on file in this case, and having considered counsel's answers to the questions posed by the Court at the fairness hearing, and for good cause established therein, the Court enters this Order approving the settlement of this matter, including the settlement payments, as such terms are set forth in the parties' Settlement Agreement.

**IT IS THEREFORE ORDERED** that the Joint Motion For Approval And Adoption Of Settlement Agreement is **GRANTED**, and this case is hereby dismissed with prejudice.

The Court expressly and explicitly retains jurisdiction to enforce the Settlement Agreement of the parties and to resolve any disputes regarding the Settlement Agreement..

**IT IS SO ORDERED.**

Date: 12/14/2021

Karen L. Litkovitz
United States Magistrate Judge